51 So.2d 914

### Kenneth Roderick McLEAN v. STATE.
### 6 Div. 56.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Jefferson County; Robert J. Wheeler, Judge.

PER CURIAM.

Affirmed.

47 So.2d 924

### Henry McLEMORE v. STATE.
### 7 Div. 17.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Murder, second degree.

Robinson & Parris, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

46 So.2d 863

### Joseph McMIKLE v. STATE.
### 6 Div. 928.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 917

### Shelton McNATT and Percy McNatt v. STATE.
### 8 Div. 865.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

48 So.2d 892

### Milton McRIGHT v. STATE.
### 8 Div. 939.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.
Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 918

### Milton McRIGHT v. STATE.
### 8 Div. 829.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.